UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONY ANTONIO ORTEGA NUNEZ,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION CENTER, et al.,

Respondent.

No. 1:26-cv-04582-TLN-AC

**ORDER**

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 9.) To date, neither party has filed objections. However, Plaintiff's motion for temporary restraining order dated September 21, 2026, was entered on the docket on September 23, 2026. (ECF No. 10.) Plaintiff's motion requests a prompt "a decision on his petition" and release from confinement, with or without conditions. *Id.*

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are ADOPTED in full.

2. Respondents' motion to dismiss (ECF No. 7) is GRANTED.

3. Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) is DISMISSED as duplicative without prejudice to seeking leave of court to file an amended motion to enforce judgment in *Nunez v. Chestnut*, 1:26-cv-02398-KES-EPG (E.D. Cal.).

4. Plaintiff's motion for temporary restraining order (ECF No. 10) and motion for bond redetermination (ECF No. 11) are DENIED as moot.

5. The Clerk of the Court is directed to place Plaintiff's motion for bond redetermination (ECF No. 11) on the docket in *Nunez v. Chestnut*, 1:26-cv-02398-KES-EPG (E.D. Cal.).

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE: October 15, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE